PER CURIAM.
Affirmed. See Ch.2003-25, § 1, at 206, Laws of Fla.; Ch. 77-266, § 1, at 1248, Laws of Fla; Hughes v. State, 22 So.3d 132 (Fla. 2d DCA 2009); Waiter v. State, 965 So.2d 861 (Fla. 2d DCA 2007); Shortridge v. State, 884 So.2d 321 (Fla. 2d DCA 2004); Harris v. State, 789 So.2d 1114 (Fla. 1st DCA 2001); Romano v. State, 718 So.2d 283 (Fla. 4th DCA 1998).
KELLY, VILLANTI, and LaROSE, JJ., Concur.